UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISTEN HAIGHT,
                                Plaintiff,

              -against-

NYU LANGONE MEDICAL CENTER, INC., et al.,
                                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/16

13 Civ. 4993 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on January 26, 2016, ostensibly to set a trial date;

      WHEREAS, the Court was informed at the conference that Plaintiff's counsel has been unreachable and no longer represents Plaintiff;

      WHEREAS, as discussed at the conference the Court has made inquiry of counsel for former Defendant Medtronic, Inc. about the settlement and is advised that a settlement check dated June 19, 2015, was sent to Jeffrey Lessoff as attorney for Plaintiff;

      WHEREAS, the Court has notified Eric Timberman, Chief Deputy United States Marshall, of the United States Marshall's Service (telephone number is 212-331-7100).

      WHEREAS, for the reasons stated at the conference, it is hereby

      **ORDERED** that Plaintiff Kristen Haight shall retain new counsel, if any, by **February 25, 2016**.  It is further

      **ORDERED** that, because Plaintiff is currently pro se, she shall promptly submit her contact information to this District's Pro Se Office, located at 500 Pearl Street, Room 200, New York, New York 10007.  Plaintiff is advised that, if she wants to receive electronic notifications about this case, then she should submit the Consent to Electronic Service Form to the Pro Se Office.  It is further

**ORDERED** that, by **March 3, 2016**, the parties shall jointly file a status letter.  It is further

**ORDERED** that defense counsel shall mail and/or email a copy of this order to pro se Plaintiff.   It is further

**ORDERED** that clerk of court is directed to terminate Jeffrey Lewis Lessoff as counsel for Plaintiff.


Dated: January 26, 2016
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**